# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2555

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| James William Wiggins, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  March 22, 2001

Filed:  March 26, 2001

_____

Before RICHARD S. ARNOLD, FAGG, and MORRIS SHEPPARD ARNOLD,
Circuit Judges.

_____

PER CURIAM.

James William Wiggins appeals from the drug-related sentence imposed by the
district court.  Wiggins contends the district court should have granted him a reduction
for acceptance of responsibility despite the application of an enhancement for
obstruction of justice. We disagree.  In our view, the district court, having considered
the circumstances of Wiggins's flight between arraignment and sentencing, did not
commit clear error in denying the reduction.  See United States of Honken, 184 F.3d

961, 968 (8th Cir.), <u>cert. denied</u>, 528 U.S. 1056 (1999); <u>United States v. Shinder</u>, 8 F.3d 633, 635 (8th Cir. 1993).  We thus affirm Wiggins's sentence.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.